[No. 7888-1-II. Division Two. June 11, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JANICE ANN CRUMP, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-1-00385-9, D. Gary Steiner, J., entered June 20, 1984. *Reversed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 7671-3-II. Division Two. June 11, 1986.]

ROBY DORMAN, ET AL, *Appellants,* v. ROBERT D. STRICKLAND, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 299570, Nile E. Aubrey, J., entered February 10, 1984. *Reversed* and *remanded* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 7833-3-II. Division Two. June 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE RAY PERSALL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-1-02315-9, Thomas R. Sauriol, J., entered May 15, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.

[No. 7819-8-II. Division Two. June 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MCARTHUR BENITO CARIAGA, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84-1-00103-5, Don L. McCulloch, J., entered May 30, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Petrich, J.